UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re: Search Warrant Applications

UNSEALING ORDER

| Docket Nos. | 20-MJ-411 |
| | 20-MJ-414 |
| | 20-MJ-423 |
| | 20-MJ-424 |
| | 20-MJ-425 |
| | 20-MJ-426 |
| | 20-MJ-427 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Craig R. Heeren, for an order unsealing the above-captioned matters.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
         September 10, 2020

*Cheryl Pollak*
_____
HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK